ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority  Send  Enter  Closed  JS-5/JS-6  Scan Only

**CASE NO.:** CV 03-6258 SJO (Mcx)        **DATE:** September 30, 2003

**TITLE:** William Silverstein v. Howard Weinberg, et al.

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Sandy Eagle                                    N/A
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**          **COUNSEL PRESENT FOR DEFENDANT(S):**

N/A                                            N/A

========================================================================

**PROCEEDINGS:** (IN CHAMBERS) EXPARTE APPLICATION FOR ORDER TO STAY PROCEEDINGS (fld 9/29/03)

On the court's own motion, Plaintiff's Exparte Application for Order to Stay Proceedings shall be heard on **October 15, 2003 at 8:30 a.m.**, together with the Order to Show Cause re Service on Defendant Sobonito Investments; and Failure of Sobonito to Join in Removal; and Timeliness of Removal.

Defendant Weinberg is hereby ordered to state the exact nature of his relationship to all businesses located at or doing business out of 10800 Biscayne Blvd., Miami Florida 33161, including, but not limited to the following entities:

1. Guestvision, Inc.; and

2. the company doing business under the name of Sobonito Investments Ltd.



ENTERED ON ICMS
OCT - 1 2003

MINUTES FORM 11
CIVIL GEN                    Page 1 of 1                    Initials of Deputy Clerk