1 Clyde DeWitt
California State Bar No. 117911
2 Weston, Garrou & DeWitt
Suite 900
3 Wilshire Bundy Plaza
12121 Wilshire Boulevard
4 Los Angeles, CA 90025-1176
(310) 571-2710 or 442-0072 Voice
5 (310) 442-0730 or 442-0899 Fax
*clydedewitt@earthlink.net*
6
Attorneys for Defendant
7 Howard Weinberg



**DENIED**
BY ORDER OF
*S. James Otero*
UNITED STATES DISTRICT JUDGE
ON 10/8/03

BY
2003 OCT -6 PM 2:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED

SCANNED

FILED
CLERK, U.S. DISTRICT COURT

OCT - 8 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

Priority ___
Send ___
9      IN THE UNITED STATES DISTRICT COURT
Enter ___
10     FOR THE CENTRAL DISTRICT OF CALIFORNIA
Closed ___
11     JS-5/JS-6 ___
JS-2/JS-3 ___
12     Scan Only ___

13 WILLIAM SILVERSTEIN, an
individual,
14
            Plaintiff,
15
16 v.
17 HOWARD WEINBERG,
SOBONITO INVESTMENTS, LTD.,
18 and DOES 1-20,
19
            Defendants
20

Case Number 03CV6258 SJO (MCx)

**HON. S. JAMES OTERO**

**PROPOSED ORDER GRANTING
EX PARTE APPLICATION OF
DEFENDANT HOWARD
WEINBERG FOR CONTINUANCE
OF HEARING ON THE COURT'S
SEPTEMBER 29, 2003 ORDER TO
SHOW CAUSE**

21      Attached hereto is a proposed Order Granting Ex Parte Application of Defendant

22 Howard Weinberg for Continuance of Hearing on the Court's September 29, 2003 Order to

23 Show Cause.

24 Dated: October 3, 2003.

Respectfully Submitted,

ENTERED ON ICMS

OCT - 8 2003

CLYDE DeWITT
WESTON, GARROU & DEWITT

By: _____
        Clyde DeWitt

Counsel for Defendant Howard Weinberg

SCANNED

SCANNED

1
2
3

**ATTACHMENT**

4

**PROPOSED ORDER GRANTING EX
PARTE APPLICATION OF DEFENDANT
HOWARD WEINBERG FOR
CONTINUANCE OF HEARING ON THE
COURT'S SEPTEMBER 29, 2003 ORDER
TO SHOW CAUSE**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clyde DeWitt
Weston, Garrou & DeWitt
12121 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
(310) 571-2710 or 442-0072
fax (310) 442-0730 or 442-0899

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SILVERSTEIN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD WEINBERG,<br>SOBONITO INVESTMENTS, LTD., and<br>DOES 1-20,<br><br>    Defendants | Case Number 03CV6258 SJO (MCx)<br><br>**HON. S. JAMES OTERO**<br><br>**ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT HOWARD WEINBERG FOR CONTINUANCE OF HEARING ON THE COURT'S SEPTEMBER 29, 2003 ORDER TO SHOW CAUSE** |

The ex Parte Application of Defendant Howard Weinberg for Continuance of Hearing on the Court's September 29, 2003 Order to Show Cause is GRANTED. The hearing thereon, previously scheduled for October 15, 2003 at 8:30 AM is rescheduled for the ___ day of _____, 2003 at ____ AM/PM.

Signed this ___ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL

[Pursuant to Calif. Code of Civil Procedure § 1013a(3)
and Fed.R.Civ.P. 5]

I am a resident of and/or employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action. I work at the law firm of Weston, Garrou & DeWitt located at 12121 Wilshire Blvd., Suite 900, Los Angeles, California 90025. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of business, any correspondence delivered to our firm's mailroom employee(s) is routinely deposited with the United States Postal Service on the same day.

**PROPOSED ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT HOWARD WEINBERG FOR CONTINUANCE OF HEARING ON THE COURT'S SEPTEMBER 29, 2003 ORDER TO SHOW CAUSE**

On the date shown below, I served the foregoing document on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope, first class, with postage thereon fully prepaid, and either: (1) personally delivering it to our firm's mailroom employee(s) for deposit with the United States Postal Service pursuant to our firm's ordinary business practice; or (2) personally depositing such correspondence directly in the United States mail, addressed as follows:

**WILLIAM SILVERSTEIN
741 IROLO ST.
LOS ANGELES, CA 90005**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October _6_, 2003

Clyde DeWitt