UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ✓
Send
Enter
Closed
JS-5/JS-6
Scan Only

ORIGINAL

CASE NO.: CV 03-6258-SJO(Mcx)   DATE: October 9, 2003

TITLE: WILLIAM SILVERSTEIN -v- HOWARD WEINBERG, et al.,

================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Paul Pierson                    N/A
Courtroom Clerk                 Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):    COUNSEL PRESENT FOR DEFENDANT(S):

N/A                                  N/A

================================================================

PROCEEDINGS: (IN CHAMBERS)   ORDER PLACING DEFENDANT'S ORDER TO SHOW CAUSE AND PLAINTIFF'S EX PARTE APPLICATION TO STAY PROCEEDINGS, UNDER SUBMISSION

The Court hereby orders the above-referenced proceedings be placed under submission and removes the hearing scheduled on 10-15-03 @ 8:30 a.m. from the formal calendar. Therefore, no appearance is necessary and the Court shall issue an order after having considered the defendant's pleadings filed 10-9-03.



ENTERED ON ICMS
OCT 10 2003
CV