# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 03-6258 SJO (Mcx)    **DATE:** October 22, 2003

**TITLE:** William Silverstein v. Howard Weinberg, et al.

===================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Sandy Eagle                             N/A
Courtroom Clerk                         Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

N/A                                     N/A

===================================================================

**PROCEEDINGS:** (IN CHAMBERS) DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (fld 9/8/03)

On the Court's own motion, the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction has been taken off calendar; no appearance is necessary. Order will issue.

It is so ordered.



ENTERED ON ICMS
OCT 23 2003

MINUTES FORM 11
CIVIL GEN                         Page 1 of 1                    Initials of Deputy Clerk