William Silverstein
741 Irolo St.
Los Angeles, CA 90005
(213) 738-8975

Plaintff, *in pro per*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SILVERSTEIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD WEINBERG, SOBONITO INVESTMENTS, LTD., and DOES 1-20,<br><br>Defendants | Case Number 03CV6258 SJO (MCx)<br><br>HON. S. JAMES OTERO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOWARD WEINBERG** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice against all defendants except Defendant Howard Weinberg. A stipulation for dismissal with respect to Defendant Howard Weinberg is being filed concurrently.

Dated: 10/22/03

_____
William Silverstein, Plaintiff

ENTERED ON ICMS
OCT 2 4 2003

ORIGINAL

## PROOF OF SERVICE BY HAND DELIVERY

[Pursuant to Calif. Code of Civil Procedure § 1013a(3) and Fed.R.Civ.P. 5]

On this date, I hand delivered a true copy of the foregoing document:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOWARD WEINBERG**

on all interested parties in this action by personally delivering it as follows:

**CLYDE DEWITT
WESTON, GARROU & DEWITT
SUITE 900
WILSHIRE BUNDY PLAZA
12121 WILSHIRE BOULEVARD
LOS ANGELES, CA 90025-1176**

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 22, 2003

William Silverstein

Page 1